U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 21 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

Revised 03/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

JURY TRIAL DEMAND

9:14-cv-1293 (DNH/CFH)

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

**A.     Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. DIMAS CUADRADO DIN# 13A3993
2. _____

-VS-

**B.     Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Correction Officer Brueault
2. Correction Officer Carrol
3. Correction Officer Millet
4. State of New York
5. _____
6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: DIMAS CUADRADO DIN# 13A3993
Present Place of Confinement & Address: COXSACKIE CORRECTIONAL FACILITY P.O. BOX 999, COXSACKIE N.Y. 12051-0999 (S.H.U. 24 cell)

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

DEFENDANT #1 STATE OF NEW YORK

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

(2) Name of Defendant: C.O. BRUEAULT
(If applicable) Official Position of Defendant: (NYS) CORRECTION OFFICER
(If applicable) Defendant is Sued in ✓ Individual and/or ___ Official Capacity
Address of Defendant: COXSACKIE CORRECTIONAL FACILITY
P.O. BOX 999, COXSACKIE N.Y. 12051-0999 (K2 DIVISION)

(3) Name of Defendant: CO. CARROL
(If applicable) Official Position of Defendant: N.Y.S CORRECTION OFFICER
(If applicable) Defendant is Sued in ✓ Individual and/or ___ Official Capacity
Address of Defendant: COXSACKIE CORRECTIONAL FACILITY
P.O. BOX 999, COXSACKIE N.Y. 12051-0999

(4) Name of Defendant: C.O. MILLET
(If applicable) Official Position of Defendant: N.Y.S CORRECTION OFFICER
(If applicable) Defendant is Sued in ✓ Individual and/or ___ Official Capacity
Address of Defendant: COXSACKIE CORRECTIONAL FACILITY
P.O. BOX 999, COXSACKIE N.Y. 12051-0999

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
   Yes___ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s):_____
   Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____
4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun any other lawsuits in federal court which **relate to your imprisonment**?

    Yes ✓  No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): (SELF) DIMAS CUADRADO

    Defendant(s): CITY OF NEW YORK / C.O. ZITO / C.O. SERRANO

2. District Court: SOUTHERN

3. Docket Number: ? FORGOT

4. Name of District or Magistrate Judge to whom case was assigned: ? FORGOT

5. The approximate date the action was filed: ? FORGOT

6. What was the disposition of the case? SETTLED

    Is it still pending? Yes____ No ✓

        If not, give the approximate date it was resolved. ? FORGOT

3

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection

- Access to the Courts
- False Arrest
- (•)Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) OCTOBER 13TH, 2014 AT 12:00 o'clock, defendant (give the **name and position held** of **each defendant** involved in this incident) I WAS ON MY WAY TO SEE "RABBI SIMON" AT JEWISH SERVICE. ON MY WAY DOWN STAIRS, CORRECTION OFFICER BRUEAULT ASK ME TO GET ON did the following to me (briefly state what each defendant named above did): THE WALL FOR A "PAT FRISK" I DID AS ORDERED TO DO. WHILE I WAS ON THE WALL THE OTHER OFFICERS HAD STATED TO C.O. BRUEAULT THAT THE AREA WAS "CLEAR". AT THAT MOMENT C.O. BRUEAULT SWUNG A FULL STRENGTH TO MY FACE, AND BROKE MY RIGHT JAW, I LOSE CONSCIOUS, AND REGAINED IT WHILE THE OTHER OFFICERS BEAT ON ME UNTIL A SERGEANT CAME.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: EIGHT AMENDMENT

The relief I am seeking for this claim is (briefly state the relief sought): $2,000,000. FROM THE NEW YORK STATE, PAID DENTAL EXPENSE, AND THE REMOVEMENT FROM CORRECTIONAL FACILITY I'M AT, OFFICER suspension

**Exhaustion of Your Administrative Remedies for this Claim:**
Did you grieve or appeal this claim? ✓ Yes ___ No  If yes, what was the result? STILL PENDING.

Did you appeal that decision? ___ Yes ✓ No  If yes, what was the result? GRIEVANCE IS STILL PENDING

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: ___

**A. SECOND CLAIM:** On (date of the incident) ___,
defendant (give the **name and position held** of **each defendant** involved in this incident) ___

5

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

---

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

2,000,000 FROM THE STATE OF NEW YORK, DENTAL EXPENSES, REMOVEMENT FROM CURRENT FACILITY, OFFICER SUSPENDED.

---

Do you want a jury trial? Yes ✓ No ___

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  OCT        2014
                              (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Dimas Cuadrado  # 13A3993

Signature(s) of Plaintiff(s)

