DIMAS CUADRADO
# 13A3993
COXSACKIE CORRECTIONAL FACILITY
P.O. BOX 999
COXSACKIE, N.Y. 12051-0999

9:14-cv-1293

CLERK
JAMES T. FOLEY U.S COURTHOUSE
445 BROADWAY
ALBANY, N.Y. 12207-2974

U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**
OCT 21 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

Hi,

I AM SUBMITTING WHAT I BELIEVE TO BE A CORRECT AND COMPLETE "42 U.S.C 1983 COMPLAINT FORM". IF IT IS NOT CORRECT, CAN YOU PLEASE FORWARD TO ME A COPY OF THE CORRECT "1983 COMPLAINT FORM", FOR ME TO FILL-OUT AND SUBMIT.

THANK YOU,

X _____

DIMAS CUADRADO